AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>Jamie Nunez Hernandez<br><br>*Defendant(s)* | Case No. 4:25-mj-70874 MAG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **December 6, 2024** in the county of **Contra Costa** in the **Northern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B). | Possession of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct |

This criminal complaint is based on these facts:

Please see the attached affidavit of HSI TFO Darryl Holcombe

☑ Continued on the attached sheet.

/s/ Darryl Holcombe
*Complainant's signature*

HSI TFO Darryl Holcombe
*Printed name and title*

Approved as to form  /s/ Emily R. Dahlke
AUSA  Emily R. Dahlke

Sworn to before me by telephone.

Date: 07/15/2025

*Judge's signature* (Kandis Westmore)

City and state: Oakland, California
Hon. Kandis A. Westmore, U.S. Magistrate Judge
*Printed name and title*

FILED
Jul 16 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Darryl J. Holcombe, a Task Force Officer with Homeland Security Investigations do swear and affirm as follows:

## INTRODUCTION

1. This affidavit is made in support of an application under Rule 4 of the Federal Rules of Criminal Procedure for a criminal complaint and arrest warrant charging Jamie Nunez HERNANDEZ (HERNANDEZ) with one count of Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B).  The statements contained in this affidavit are based on my experience and training as a Senior Inspector with the Contra Costa County District Attorney's Office and Task Force Officer with Homeland Security Investigations, information I have gathered in my investigation, my personal observations, and the information provided to me by other law enforcement officers.  I believe these sources to be reliable.  Because this affidavit is being submitted for the limited purpose of this criminal complaint and securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause that on or about December 6, 2024, in the Northern District of California, HERNANDEZ violated 18 U.S.C. § 2252(a)(4)(B). Further, my understanding of the significance of certain events and facts may change as the investigation progresses.

## AFFIANT BACKGROUND

2. I am a Senior Inspector with the Contra Costa County District Attorney's Office, assigned to the Sexual Assault Unit.  I have been assigned to the Sexual Assault Unit since approximately 2015.  I also serve as a Task Force Officer with the United States Department of Homeland Security, Homeland Security Investigations.  I have been employed with the Contra Costa County District Attorney's Office since November 2011.  Prior to that, I was a police

officer with the City of Concord for eleven years.  I attended a basic police academy in 1999 at the Los Medanos Police Academy.

3. I am also currently assigned to the Internet Crimes against Children Task Force.  I monitor peer-to-peer and file sharing programs and investigate individuals downloading and sharing child pornography and committing other sexual crimes against children.  I have participated in over 300 such investigations.  Through my work in these investigations, as well as my discussions with other experienced agents, I have experience in estimating the approximate ages of individuals (including those under the age of 18) depicted in photographs and videos.  I have received advanced training in computer crimes and peer-to-peer file sharing programs.  I have also received training in child pornography and child exploitation offenses, and through both this training and my prior work, have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256).  I have personally participated in the execution of numerous search warrants, including the search, seizure, and analysis of data stored within a computer and other electronic media.  I have received various training in investigating and enforcing federal child pornography and exploitation laws in which computers are used as the means for receiving, transmitting, distributing, storing, and possessing images of minors engaged in sexually explicit conduct.  As a Senior Inspector with the District Attorney's Office, I have also participated in criminal investigations relating to identity theft, counterfeit identification, counterfeit currency, counterfeit checks, bank fraud, wire fraud, access device fraud, and electronic crimes involving computers.

4. As a state law enforcement agent, I am authorized to investigate violations of state law and to execute warrants issued under the authority of the State of California.  I am also cross designated as a federal officer with Homeland Security Investigations.  I am authorized to make probable cause arrests without a warrant for violations of United States law.  I am authorized to serve search and arrest warrants issued under the authority of the United States.

Therefore, I am an investigator and law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) and I am empowered by law to conduct investigations, to execute search warrants, and to make arrests for offenses of Federal law, including for child pornography offenses.

## APPLICABLE LAW

5. Title 18, United States Code, Section 2252(a)(4)(B), which prohibits any person from knowingly possessing or accessing with intent to view, or attempting or conspiring to do so, any material that contains any visual depiction, as defined in 18 U.S.C. § 2256(5), that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, where the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such visual depiction is of such conduct.

## FACTS IN SUPPORT OF PROBABLE CAUSE

6. Jaime Nunez HERNANDEZ is a 40-year-old adult resident of Contra Costa County, which is within the Northern District of California.

### A. HERNANDEZ'S PREVIOUS ARREST AND CONVICTION FOR POSSESSION OF CHILD SEXUAL ABUSE MATTERIAL

7. On or about August 9, 2023, HERNANDEZ was stopped by the Pleasant Hill Police Department during a traffic stop. The officer observed a handgun under the driver's seat and arrested HERNANDEZ. The officers seized two smartphones from the vehicle.

8. On or about August 9, 2023, the Honorable Jennifer Lee, Superior Court Judge for Contra Costa County, issued a search warrant for the smartphones seized from HERNANDEZ. One of the smartphones, a blue Motorola, was forensically examined for

HOLCOMBE AFF. IN SUPPORT OF CRIMINAL COMPL.
[UNDER SEAL]

3

evidence of HERNANDEZ'S firearm violations. Upon a review of the device, the officer found a video of child sexual abuse material. The officer obtained a new search warrant on or about August 10, 2023, which was approved by the Honorable Edward Weil, Superior Court Judge for Contra Costa County. Approximately 500 videos of child sexual abuse material were located on the device.

9. On or about October 23, 2023, HERNANDEZ pled guilty in Contra Costa County Superior Court to a felony violation of California Penal Code section 311.11(c), Aggravated Possession of Child Pornography.

10. As a result of HERNANDEZ's conviction, HERNANDEZ was required to register as a sex offender pursuant to California Penal Code section 290. As a result of HERNANDEZ's conviction, on or about October 23, 2023, the Honorable Charles B. Burch, Superior Court Judge for Contra Costa County signed an order entitled "Sex Offender Conditions of Probation.

11. Paragraph 2 required HERNANDEZ to, "make available to Probation all User ID's and passwords for computers, email, cameras, smartphones, cell phones, tablets, gaming console devices…"

12. Paragraph 3 required HERNANDEZ to, "facilitate the Probation Officer's access to any of the above electronic devices in order to allow the Probation Officer to utilize any digital forensic tools for supervision."

13. Paragraph 7 required HERNANDEZ to, "The defendant provides specific consent within the meaning of P.C. § 1546 et seq. to whatever government entity is seeking information protected the California Electronic Communication Protection Act. This consent includes consent to seizure and examine call logs, text and voicemail messages, photographs, emails, electronic communication information and social media account contents contained on

any device or cloud or internet connected storage, including but not limited to all electronic devices, cell phones, computers, computer hard drives, laptops, gaming consoles, mobile devices, tablets, storage media devices, thumb drives, Micro SD cards, external hard drives, or any other electronic storage devices by whatever government entity is seeking the information. The defendant shall also disclose any and all passwords, passcodes, password patters, fingerprints, or other information required to gain access into any of the aforementioned devices or social media accounts.

14. Both HERNANDEZ and HERNANDEZ's defense counsel signed the Sex Offender Conditions of Probation, and HERNANDEZ affirmed that he had a full understanding of each of the probation conditions and agreed to abide by the conditions.

### B. DECEMBER 23, 2024 SEARCH OF HERNANDEZ'S HOME AND SUBSEQUENT SEARCH OF HIS SMARTPHONE

15. On December 23, 2024, Contra Costa County Probation Officer Septer Abalos along with other members of his team went to 184 El Camino Drive Pittsburg, California and conducted a probation search of HERNANDEZ. HERNANDEZ was present at the time of the search. During a probation search of the home, Officer Abalos seized two Android Stratus C7 smartphones and one TCL smartphone. The phones were located in HERNANDEZ'S room. HERNANDEZ acknowledged the devices were his. He provided a password for one of the Stratus C7 phones but did not provide passwords for the other two phones.

16. The two phones were given to Contra Costa County Sheriff's Detective Mazerski. Detective Mazerski is a digital forensic examiner and used forensic software to examine the devices.

17. On or about March 12, 2025, Detective Mazerski notified me he located in excess of 500 images of child sexual abuse material on HERNANDEZ'S TCL smartphone.

18.     On or about March 19, 2025, the Honorable Robert M. Illman issued a search warrant, (**Case # 4:25-mj-70324-RM**), for HERNANDEZ'S devices which had been seized from his house.

19.     I reviewed Detective Mazerski's forensic report and viewed at least 500 images depicting sexually explicit conduct of minors as defined in 18 USC § 2256(a). The CSAM photos depicted prepubescent children as young as approximately one years old being sexually abused in various ways including but not limited to: sex, sodomy, oral copulation and penetration with foreign objects. The following is a description of three of the images I reviewed:

**File Name:**

**75d517d31113b99675161da4fa37552c74f032862adec536c6923d46befe54a**

 This artifact is a picture of a prepubescent female child, approximately 1-2 years. The child is seen laying on her back, nude, with her legs spread apart and hands up. An adult hand is seen holding a purple "vibrator" against the child's vagina.

**File Name**:

**983c79a1fb5b4a1a6cc1ba5c961f4a0ac14f3e0c8d82b29db8cfd5ba5f97c61c.0**

This artifact is a picture of a prepubescent female child, approximately 3-4 years old. The child is nude, laying on her back on top of a yellow blanket. The child's legs are spread apart and an adult male is seen kneeling near the child's head. The adult male has his erect penis in his hand near the child's face while his other hand is pressed against the child's stomach, with his fingers spreading the child's labia apart.

**File Name**:
**8accde10db3f55cf2e52418fad6365b6ceb06123fa66c4577831bf59b409a015.0**

This artifact is a picture of a prepubescent female child, approximately 2 years old. The child is seen laying down wearing a red shirt but nude from the waist down. The child's

HOLCOMBE AFF. IN SUPPORT OF CRIMINAL COMPL.
[UNDER SEAL]

legs are spread apart and an adult person's hand is visible with a finger inserted into the child's vagina.

20. I viewed two videos of child sexual abuse material located on the phone. The following is a description of the two videos.

**File Name: VID_20241206_065847_490.mp4**

This video is **42 minutes long** and depicts a pre-pubescent girl fully clothed. Her face is fully visible to the camera. She undresses and inserts a sex toy into her anus. An adult male is seen inserting his finger into her vagina. The adult male also attempts to insert his penis into her vagina.

Based on my training and experience, this video depicts a minor engaged in sexually explicit conduct as defined in 18 USC § 2256(a).

**File Name: Vid_20241206_070455_887**

This video is **8 minutes long** and depicts a pre-pubescent girl masturbating. Her face is fully visible to the camera.

Based on my training and experience, this video depicts a minor engaged in sexually explicit conduct as defined in 18 USC § 2256(a).

21. I reviewed the metadata[1] for the above described videos and found they had been stored on the device on or about December 6, 2024.

22. I reviewed the Google information for the device and learned G-mail account 144000thechoosen@gmail.com was used to set up the device.

---

[1] Based on my training and experience, I understand that metadata is information—such as author, creation date or file size—that describes a data point or data set. Metadata can improve a data system's functions and make it easier to search for, organize and use data.

HOLCOMBE AFF. IN SUPPORT OF CRIMINAL COMPL.
[UNDER SEAL]

7

23.     I reviewed the file paths of some of the sexually explicit images found on the phone and they appeared to be located in a folder for Google.  I also found the application Google Photos was installed on the phone.  Google Photos is a photo sharing and storage service developed by Google that allows users to automatically back up, organize, edit, and share their digital photos and videos across multiple devices and platforms.

## CONCLUSION

24.     Based on the aforementioned facts and information, there is probable cause to believe that on or about December 6, 2024, in the Northern District of California, Jamie Nunez HERNANDEZ knowingly possessed a visual depiction of a minor engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(4)(B).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*/s/ Darryl J. Holcombe*

DARRYL J. HOLCOMBE
Task Force Officer, Homeland Security
Investigations

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P 4.1 on this 15th day of July 2025.

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

HOLCOMBE AFF. IN SUPPORT OF CRIMINAL COMPL.
[UNDER SEAL]

8